UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

CHRISTIAN GARY BUSH,

                                        **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**FELON IN POSSESSION OF A FIREARM**

On or about November 17, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan,

CHRISTIAN GARY BUSH,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Kel-Tec P40 .40 caliber semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## **FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment,

CHRISTIAN GARY BUSH

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in the offense, including, but not limited to, a Kel-Tec P40 .40 caliber semi-automatic pistol (sn: 105314) and the ammunition that was loaded in the firearm.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

ANDREW B. BIRGE
Acting United States Attorney

_____
DOAA K. AL-HOWAISHY
Assistant United States Attorney